Justin Brown
Name and Prisoner/Booking Number

ASPC Kingman/Cerbat
Place of Confinement

PO BOX 3009
Mailing Address

Kingman, AZ 86402
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
                    FILED ____ LODGED
                    RECEIVED ____ COPY

                         AUG 28 2019

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                    BY _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Justin Matthew Brown,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Mesa Police Dept. Det. Alexander,
(Full Name of Defendant)

(2) MPD Det. Bowman,

(3) MPD Unnamed Officer,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCiv PS.4
                    (Rule Number/Section)

CASE NO. CV-19-05048-PHX-JAT--CDB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Mesa Police Department, Phoenix, AZ

**550/555**

1

Revised 6/05/17

## B. DEFENDANTS

1. Name of first Defendant: __Detective Alexander__. The first Defendant is employed as: at __Police Officer, Detective__, __Mesa Police Department__
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Detective Bowman__. The second Defendant is employed as: as: __Police Officer, Detective__ at __Mesa Police Department__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Unknown Police Officer__ The third Defendant is employed as: at __Police Officer, Unknown__ __Mesa Police Department__
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: at _____.
   (Position and Title)                                    (Institution)

__Each defendant is sued individually and in his official capacity.__

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?         ☐ Yes     ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
         _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Eighth Ammendment__.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☒ Excessive force by an officer ☐ Threat to safety ☐ Other:_____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Mesa Police officers being sued, individually and in their official capacity, showed deliberate indifference to Justin Matthew Brown's Eighth Ammendment rights. They used wanton, malicious deadly/excessive force while apprehending him. Mr. Brown was a passenger in a traffic stop that occured with no reasonable or legitamate suspicion that a crime was being committed. He fled on foot. Detective Bowman followed in chase with his patrol car. Using his car as a deadly weapon, the Det. juggernauted Brown at high speed from the rear left side. Brown distinctly remembers the squeeling tires as Bowman accelerated towards him. Det. Bowman did knowingly with deadly intent try to subdue the plaintiff with a speeding car. Bowman then proceeded to exit his vehicle and viciously beat Mr. Brown. Detective Alexander arrived on foot and proceeded to kick, stomp and punch Brown as well. The plaintiff received staples in his head and facial contusions that disfigured his appearance enough to scare the medical staff at Banner Dessert Hospital. A third unknown officer stood watch, filming the beating on his personal phone. The unknown officer also had to secure the area from an angry crowd gathering, protesting what they were seeing. Unknown officers intentional indifference to Mr. Brown's.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Serious bodily injury, staples in head, multiple contusions, concussion, serious mental anguish, P.T.S.D., great emotional distress

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __not applicable__

3

D. Cont. of Cause of Action

3. Supporting facts.
suffering, makes him just as culpable. The plaintiff remembers all three laughing at the video while he was being treated at the hospital. The rogue police officers also threatened to kill Mr. Brown. Exact words were "If you get out of this, we're going to kill you." Mesa police has multiple, recent excessive force cases pending. One case has video evidence of an officer running down a fleeing victim in the same manner. Brown has permanent facial and forehead scars, coinciding with P.T.S.D. from his near death experience. Brown was willfully and mercilessly beat while unarmed, not resisting, and incapacitated from being run over by a patrol car, for no legitamate reason at all. Running from the police should not warrant a death sentence, nor serious bodily harm. There was no active warrant at the time of this incident for Justin Mattew Brown. The events of this narrative happened on or about 2-21-18 at 8th Ave. and Dobson Rd, Mesa, AZ around 6-8 P.M. All three defedendants did with fundamental realization, knowingly, intently violate Mr. Brown's Eighth Ammendment rights while acting under color of state law. Mr. Brown was also shot with a bean bag shotgun from behind, in the right buttocks, causing cuts and contusions.

3A

### E. REQUEST FOR RELIEF

State the relief you are seeking: Due to deliberate indifference and reckless disregard for the plaintiff's rights, Detective Alexander, Detective Bowman, and the unknown officer acted objectively unreasonable. The plaintiff seeks $750,000 from Det. Alexander, $750,000 from Det. Bowman, and $750,000 from the unknown officer, for a total of $2,250,000 in damages. To keep the Mesa Police from recommitting their crimes, he asks for $2,000,000 in punitive damages from each officer, for a total of $6,000,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-18-19__
DATE

_____
SIGNATURE OF PLAINTIFF

Jon M. Mullins 325553
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.